**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ _____ | | Original Plan |
| ☒ 2nd _____ | | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ _____ | | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: RANDAL L. SCHUTT    JOINT DEBTOR: DEBORRAH A. SCHUTT    CASE NO.: 17-24565-JKO

SS#: xxx-xx- 6052    SS#: xxx-xx-8530

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $3,039.25 for months 1 to 30 ;
2. $6,009.53 for months 31 to 59 ;
3. $6,064.53 for months 60 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE  ☐ PRO BONO

| Total Fees: $4550.00 | Total Paid: $2775.00 | Balance Due: $1775.00 |
|---|---|---|
| Payable $355.00 /month (Months 1 to 5 ) | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
Attorney Fee $3,500.00, Motion to Continue Automatic Stay $525.00, Motion to Value $525.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Bank, NA

| Address: 3476 Stateview Blvd Fort Mill, SC 29715 | Arrearage/ Payoff on Petition Date | $80,098.17 | |
|---|---|---|---|
| | Regular Payment (Maintain) | $1,285.51 | /month (Months 1 to 60 ) |
| Last 4 Digits of Account No.: 5839 | Arrears Payment (Cure) | $963.30 | /month (Months 1 to 5 ) |
| | Arrears Payment (Cure) | $955.83 | /month (Months 6 to 30 ) |

| | Arrears Payment (Cure) | $1,712.86 | /month (Months 31 to 60 ) |
|---|---|---|---|

Other: _____

☒ Real Property
   ☒ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☒ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
601 SW 54th Avenue
Margate, FL 33068

☐ Personal Property/Vehicle

Description of Collateral: _____

---

2. Creditor: Internal Revenue Service

Address: PO Box 7346
Philadelphia, PA
19101-7346

Last 4 Digits of Account No.: 6052

| | | | |
|---|---|---|---|
| Arrearage/ Payoff on Petition Date | $19,879.23 | | |
| Arrears Payment (Cure) | $159.14 | /month (Months 1 to 5 ) | |
| Arrears Payment (Cure) | $166.75 | /month (Months 6 to 30 ) | |
| Arrears Payment (Cure) | $566.74 | /month (Months 31 to 60 ) | |

Other: Includes interest at 4% for a total of $21,966.60.

☐ Real Property
   ☒ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
601 SW 54th Avenue
Margate, FL 33068

☒ Personal Property/Vehicle

Description of Collateral: All real and personal property.

---

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

| 1. Creditor: World Savings Bank, its successors and/or assigns | Value of Collateral: $230,504.00 | **Payment** |
|---|---|---|
| Address: 1901 Harrison Street Oakland, CA 94612 | Amount of Creditor's Lien: $25,000.00 | Total paid in plan: $0.00 |
| Last 4 Digits of Account No.: 7348 | Interest Rate: 0.00% | $0.00 /month (Months ___ to ___ ) |
| Real Property ☒ Principal Residence ☐ Other Real Property | Check one below: ☐ Escrow is included in the monthly mortgage payment listed in this section ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly | |
| Address of Collateral: 601 SW 54th Avenue Margate, FL 33068 | | |

**2. VEHICLES(S):** ☒ NONE

**3. PERSONAL PROPERTY:** ☒ NONE

  C. **LIEN AVOIDANCE**  ■ NONE

  D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ NONE

  E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

  B. **INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: | $65,814.45 | Total Payment | $65,814.45 |
|---|---|---|---|
| Payable: | $354.86 | /month (Months 6 to 30 ) | |
| Payable: | $1,898.10 | /month (Months 31 to 60 ) | |

  C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

  D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay    $50.00    /month (Months 60 to 60 )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. SEPARATELY CLASSIFIED:    ■ NONE

 *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

  ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

  ■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ■ NONE

Debtor(s): RANDAL L. SCHUTT, DEBORRAH A.    Case number: 17-24565-JKO

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
| --- | --- | --- | --- |
| RANDAL L. SCHUTT | | DEBORRAH A. SCHUTT | |

Christian A. McCue, Esq.        March 30, 2018
Attorney with permission to sign on        Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**